B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of California

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Knight, Peggy Lee** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-3432** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **47 Parkview Cr.** **Corte Madera, CA** ZIP Code **94925** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Marin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **Peggy Knight Solutions Inc.** **Sausalito, CA 94965** |

| Type of Debtor (Form of Organization) (Check one box) | Nature of Business (Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | ■ Chapter 7<br>□ Chapter 9<br>□ Chapter 11<br>□ Chapter 12<br>□ Chapter 13<br>□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
□ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| □ 1-49 | □ 50-99 | □ 100-199 | □ 200-999 | □ 1,000-5,000 | □ 5,001-10,000 | □ 10,001-25,000 | □ 25,001-50,000 | □ 50,001-100,000 | □ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| □ $0 to $50,000 | □ $50,001 to $100,000 | □ $100,001 to $500,000 | ■ $500,001 to $1 million | □ $1,000,001 to $10 million | □ $10,000,001 to $50 million | □ $50,000,001 to $100 million | □ $100,000,001 to $500 million | □ $500,000,001 to $1 billion | □ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| □ $0 to $50,000 | □ $50,001 to $100,000 | □ $100,001 to $500,000 | □ $500,001 to $1 million | ■ $1,000,001 to $10 million | □ $10,000,001 to $50 million | □ $50,000,001 to $100 million | □ $100,000,001 to $500 million | □ $500,000,001 to $1 billion | □ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Knight, Peggy Lee** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). **X** _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Knight, Peggy Lee** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peggy Lee Knight**
Signature of Debtor **Peggy Lee Knight**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May 18, 2012**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Sheila Gropper Nelson**
Signature of Attorney for Debtor(s)

**Sheila Gropper Nelson 85031**
Printed Name of Attorney for Debtor(s)

**LAW OFFICE OF SHEILA GROPPER NELSON**
Firm Name

**55 Francisco St., 6th Fl**
**San Francisco, CA 94133**

_____
Address

                              **Email: SheDoesBKLaw@aol.com**
**(415) 362-2221  Fax: (415) 576-1422**
Telephone Number

**May 18, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re **Peggy Lee Knight**

Debtor(s)

Case No.

Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Peggy Lee Knight**
                       **Peggy Lee Knight**

Date:   **May 18, 2012**

**B6 Summary (Official Form 6 - Summary) (12/07)**

.

# United States Bankruptcy Court
## Northern District of California

In re    **Peggy Lee Knight**                     ,        Case No. _____

                                     Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 635,500.00 | | |
| B - Personal Property | Yes | 4 | 31,777.78 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 708,855.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 1,616,193.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,128.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 9,107.66 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 667,277.78 | | |
| Total Liabilities | | | | 2,325,048.40 | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **Peggy Lee Knight** _____ ,
      Debtor

Case No. _____

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Peggy Lee Knight**                                                                    ,          Case No. _____

                                                      Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **47 Parkview Cr.Corte Madera, Ca 94925. - Townhouse - Has been offered a modification.** | | - | 543,000.00 | 595,276.00 |
| **15252 N. 100th St. Apt 1146 Scottsdale, Az - Condo Rental** | | - | 92,500.00 | 96,000.00 |

|  | Sub-Total > | 635,500.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 635,500.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **Peggy Lee Knight**                       ,      Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **some** | - | 100.00 |
| | | **Ameriprise Financial; possible deposit from pension fluctuates**<br>**70100 Ameriprise Financla CTR**<br>**Minneapolis, MN 55474**<br>**ACCT#: 1926 0804 0001** | - | 100.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **West America Checking: 4928.26 (outstanding checks against balance ($4,441.36); Savings: $9.97 1222 Strawberry Village, Mill Valley Ca, 94941 and Chase Checking $1039.53 (outstanding checks against balance $772.00)** | - | 5,977.76 |
| | | **Alliant Credit Union: Savings**<br>**POB 66945, 11545 West Touhy Ave. Chicago, IL 60666** | - | 5.02 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **None** | - | 0.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Old Furniture & Equipment** | - | 5,000.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Inexpensive art; No collectibles** | - | 500.00 |
| 6.   Wearing apparel. | | **General clothing from five to ten years old** | - | 1,000.00 |
| 7.   Furs and jewelry. | | **Older fur pieces & costume from deceased family members (no value)** | - | 2,000.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | **None** | - | 0.00 |

                                                  Sub-Total >      **14,682.78**

                                               (Total of this page)

   **3**    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Peggy Lee Knight** _____,  Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Disability policy no cash value known of | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | | None | - | 0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | None | - | 0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Receives a pension from United Airlines per month. | - | 595.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Shares for Peggy Knight Solutions Inc. (no value) | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | None | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | None | - | 0.00 |
| 16. Accounts receivable. | | None | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | None | - | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | None | - | 0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | None | - | 0.00 |

Sub-Total >     595.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Peggy Lee Knight**                              ,     Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **None** | - | **0.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims in favor of corporate entity for potential difference between claims of charge offs and potential profit allowed to and owed to PKS Inc.** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **None** | - | **0.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **None** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **None** | - | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Audi. Estimated Value via Kelly Blue Book** | - | **16,000.00** |
| 26. Boats, motors, and accessories. | | **None** | - | **0.00** |
| 27. Aircraft and accessories. | | **None** | - | **0.00** |
| 28. Office equipment, furnishings, and supplies. | | **Computer & Printer (used)** | - | **500.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **None** | - | **0.00** |
| 30. Inventory. | | **None** | - | **0.00** |
| 31. Animals. | | **None** | - | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | | **None** | - | **0.00** |
| 33. Farming equipment and implements. | | **None** | - | **0.00** |

Sub-Total >      **16,500.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Peggy Lee Knight**                                                      ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | | **None** | - | **0.00** |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Repayment of loan (five years old) to corporation, debt amount approx. $18,700.00 Corporation has no funds** | - | **0.00** |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **31,777.78** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re **Peggy Lee Knight** _____ , Case No. _____

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **47 Parkview Cr.Corte Madera, Ca 94925. - Townhouse - Has been offered a modification.** | C.C.P. § 703.140(b)(1) | 10,000.00 | 543,000.00 |
| **Cash on Hand** | | | |
| **Ameriprise Financial; possible deposit from pension fluctuates** | C.C.P. § 703.140(b)(5) | 500.00 | 100.00 |
| **70100 Ameriprise Financila CTR** | | | |
| **Minneapolis, MN 55474** | | | |
| **ACCT#: 1926 0804 0001** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **West America Checking: 4928.26 (outstanding checks against balance ($4,441.36); Savings: $9.97** | C.C.P. § 703.140(b)(5) | 5,977.76 | 5,977.76 |
| **1222 Strawberry Village, Mill Valley Ca, 94941** | | | |
| **and** | | | |
| **Chase Checking $1039.53 (outstanding checks against balance $772.00)** | | | |
| **Household Goods and Furnishings** | | | |
| **Old Furniture & Equipment** | C.C.P. § 703.140(b)(3) | 5,000.00 | 5,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Inexpensive art; No collectibles** | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| **General clothing from five to ten years old** | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Older fur pieces & costume from deceased family members (no value)** | C.C.P. § 703.140(b)(4) | 1,425.00 | 2,000.00 |
| | C.C.P. § 703.140(b)(5) | 575.00 | |
| **Interests in Insurance Policies** | | | |
| **Disability policy no cash value known of** | C.C.P. § 703.140(b)(7) | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Receives a pension from United Airlines per month.** | C.C.P. § 703.140(b)(10)(E) | 595.00 | 595.00 |
| **Stock and Interests in Businesses** | | | |
| **Shares for Peggy Knight Solutions Inc. (no value)** | C.C.P. § 703.140(b)(5) | 1,000.00 | 0.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Claims in favor of corporate entity for potential difference between claims of charge offs and potential profit allowed to and owed to PKS Inc.** | C.C.P. § 703.140(b)(5) | 5,150.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Audi. Estimated Value via Kelly Blue Book** | C.C.P. § 703.140(b)(2) | 3,525.00 | 16,000.00 |
| | Total: | 35,247.76 | 574,172.76 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Peggy Lee Knight**_____,   Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxxxxxx0886**<br><br>**Alliant Credit Union**<br>**1 Corporate Dr.**<br>**Lake Zurich, IL 60047** | | - | | **2008-Present**<br><br>**Mortgage**<br><br>**47  Parkview Cr.Corte Madera, Ca 94925. - Townhouse - Has been offered a modification.** | | | | | |
| | | | | Value $           **543,000.00** | | | | **595,276.00** | **52,276.00** |
| Account No.<br><br>**Alliant Credit Union**<br>**1 Corporate Dr. 360**<br>**Lake Zurich, IL 60047** | | - | | **2012 - Present**<br><br>**Car Loan**<br><br>**2006 Audi. Estimated Value via Kelly Blue Book** | | | | | |
| | | | | Value $           **16,000.00** | | | | **17,579.00** | **1,579.00** |
| Account No. **xxxxxx1263**<br><br>**U.S. Bank**<br>**4801 Fredericce St.**<br>**P.O. Box 20005**<br>**Owensboro, KY 42301** | | - | | **2001 - Present**<br><br>**Mortgage**<br><br>**15252 N. 100th St. Apt 1146 Scottsdale, Az  -  Condo Rental** | | | | | |
| | | | | Value $           **92,500.00** | | | | **96,000.00** | **3,500.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0**  continuation sheets attached

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **708,855.00** | **57,355.00** |
| | Total<br>(Report on Summary of Schedules) | **708,855.00** | **57,355.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re    **Peggy Lee Knight**                                    ,    Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Peggy Lee Knight**                                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**Alice Dejesus<br>55 Lincoln St.<br>Jersey City, NJ 07307** | | - | | | **2012**<br>**Business Debt (May tied to Freedom Wigs claims)** | | X | X | 925.00 |
| Account No. **none**<br><br>**Alyce Martin<br>P.O. Box 153<br>Milford, OH 45150** | | - | | | **2010 - Present**<br>**Commissions/Notice Only creditor of the coporation/trade debt** | | | | 5,645.00 |
| Account No.<br><br>**Amanda Lapham<br>44 Meadow Court<br>Reading, PA 19608-2147** | | - | | | **6/1/2004**<br>**Business Debt (may be tied to Freedom Wigs claim and Intuit for individual order fulfillment)** | | X | X | 4,565.00 |
| Account No. **xxxxxx2339**<br><br>**American Express<br>P.O. Box 53773<br>800-528-5200<br>Phoenix, AZ 85072** | | - | | | **business debt Credit card processing service for corporation** | | X | X | 6,174.00 |

| | | |
|---|---|---|
| __29__  continuation sheets attached | Subtotal<br>(Total of this page) | 17,309.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        S/N:34725-120516   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peggy Lee Knight**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 1998 Business Debt (may be tied to freedom wigs claim for individual order fulfillment). | | | | |
| Andrea Dee Smith 39 W. 528 Sulley Drive Geneva, IL 60134 | | - | | | | | | 475.00 |
| Account No. | | | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Andrea Garner 1108 Hope St. Denton, TX 76205-8909 | | - | | | | | | 1,815.00 |
| Account No. | | | | 2010 Business Debt ((May be tied to freedon wigs claim and Intuit for individual order fulfillment). | | | | |
| Andrea Klimaszewski 605 Nakoma Dr. Midland, MI 48640 | | - | | | | | | 2,900.00 |
| Account No. | | | | 4/29/2008 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Angela Madren 118 Dunoon Ct. Colonial Heights, VA 23834 | | - | | | | | | 287.50 |
| Account No. | | | | 11/30/2000 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Anna Nelson 1756 High Ridge Circle State College, PA 16803 | | - | | | | | | 575.00 |

Sheet no. __1__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,052.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re **Peggy Lee Knight** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Asha Pal 7908 Splendid way Elk Grove, CA 95758 | - | | | | | | | 9,900.00 |
| Account No. | | | | 2000 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Barbara Buchanan 7113 Stonegate Dr. Fort Worth, TX 76126 | - | | | | | | | 3,965.00 |
| Account No. | | | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Beatrice Farris 3017 W. Colorado Ave. Colorado Springs, CO 80904 | - | | | | | | | 625.00 |
| Account No. | | | | 2/20/1998 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Bev Oldani 5817 S. Walden St. Aurora, CO 80015 | - | | | | | | | 4,390.00 |
| Account No. | | | | 2010 Business Debt | | | | |
| Billing Co c/o Robert H. Greene Real Est 707 C St. San Rafael, CA 94901 | - | | | | | | | 1,677.00 |

Sheet no. _**2**_ of _**29**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **20,557.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Peggy Lee Knight** , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Callie Connaughton** <br> **970 South Adams Street Apt 18** <br> **Bloomington, IN 47403** | - | | **2006** <br> **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | **575.00** |
| Account No. **xxxx-xxxx-xxxx-6989** <br><br> **Capital One** <br> **P.O. Box 60599** <br> **City of Industry, CA 91716** | - | | **2010-2011** <br> **Trade debt** | | | | **2,210.00** |
| Account No. **none** <br><br> **Carmen West** <br> **1965 Justice Cr.** <br> **Gulf Breeze, FL 32563** | - | | **2010 - 2011** <br> **Commissions/trade debt** | | | | **11,157.00** |
| Account No. <br><br> **Cathy Shickora** <br> **1688 North Chumash Street** <br> **Orange, CA 92867** | - | | **3/12/2008** <br> **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **2,807.50** |
| Account No. <br><br> **Catlin Cather** <br> **356 Horseshoe Rd.** <br> **Morgantown, WV 26508** | - | | **2004** <br> **Notice Only (May be tied to freedon wigs claim for individual order fulfillment).** | | | | **1,175.00** |

Sheet no. __3__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

**17,924.50**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

In re   **Peggy Lee Knight**                                      ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | | |
| **Account No.** | | | | | 800-999-8674 (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Chargeback Processing Center 515 Broadhollow Rd, Suite 100 Melville, NY 11747 | - | | | | | | | | 18,629.55 |
| **Account No.** | | | | | 2010-2011 Trade debt | | | | |
| Chase P.O. Box 94014 Palatine, IL 60094 | - | | | | | | | | 8,740.00 |
| **Account No. xxxx-xxxx-xxxx-3505** | | | | | 2010-2011 Credit card purchases | | | | |
| Chase P.O. Box 94014 Palatine, IL 60094 | - | | | | | | | | 10,286.72 |
| **Account No. xxxx-xxxx-xxxx-7483** | | | | | 2010-2012 Credit card purchases | | | | |
| Chase P.O. Box 94014 Palatine, IL 60094 | - | | | | | | | | 20,966.00 |
| **Account No.** | | | | | 11/23/1999 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Cheryl Samuels 6624 Mercer Houston, TX 77005 | - | | | | | | | | 2,058.00 |

Sheet no. __4___ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

60,680.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peggy Lee Knight**                                                    ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | 2/17/2006 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| **Christine Gentry 474 W. 150th Street Apt 4B New York, NY 10031** | | | | | | | | | 675.00 |
| Account No. | | | - | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| **Christine Johnston 2967 Robindale Ct. Placerville, CA 95667** | | | | | | | | | 575.00 |
| Account No. | | | - | | 9/16/2002 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| **Cindy Pavlica 3424 Misty Place Virginia Beach, VA 23452** | | | | | | | | | 1,968.00 |
| Account No. **xxxx-xxxx-xxxx-3860** | | | - | | 2009 - 2012 Trade debt | | | | |
| **Citi Bank P.O. Box 688901 Des Moines, IA 50368** | | | | | | | | | 16,135.13 |
| Account No. **None** | | | - | | 2009 - Present Accounting Services/trade debt | | | | |
| **Collins & Associates P.O. Box 192955 San Francisco, CA 94119** | | | | | | | | | 45,734.00 |

Sheet no. __5___ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **65,087.13**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Peggy Lee Knight** ,          Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **None** <br><br> Core Business One <br> 14 Janet Way <br> Belvedere Tiburon, CA 94920 | | - | | | 2009 - Present <br> Consulting Services/trade debt | | | | <br><br>0.00 |
| Account No. <br><br> Courtney Rutkowski <br> 2806 27th Ave West <br> Seattle, WA 98199-2826 | | - | | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | <br><br>2,582.50 |
| Account No. <br><br> Cristina Bonvicini <br> Via Gramsci 10 <br> Scandino   42019 | | - | | | 5/11/2001 <br> Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | <br><br>525.00 |
| Account No. **None** <br><br> Dan Berman <br> 10375 Wilshire Blvd. <br> Los Angeles, CA 90024 | | - | | | 2008 - Present <br> Shareholder PKS Preferred Stock/ Notice only/trade debt | | | | <br><br>200,000.00 |
| Account No. **none** <br><br> Dan Smith <br> P.O. Box 6570 <br> Malibu, CA 90264 | | - | | | 2008 - Present <br> Shareholder PKS preferred Stock/Notice Only/trade debt | | | | <br><br>140,000.00 |

Sheet no. __6___ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            343,107.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **Peggy Lee Knight**                                     ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 10/16/2002 **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | |
| Davisa Postelle 139 Pelletreau St. Southampton, NY 11968 | - | | | | | | | | |
| | | | | | | | | | 425.00 |
| Account No. **None** | | | | | 4-29-2009 **Promissory Note Debenture/trade debt** | | | | |
| Debenture Promissory Note; Greg Dollarhy 27955 W. Wonding Way Malibu, CA 90265 | - | | | | | | | | |
| | | | | | | | | | 34,285.71 |
| Account No. | | | | | 2002 **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | |
| Debra Fitzgerald 120 Elmwood Ct. Forsyth, MO 65653 | - | | | | | | | | |
| | | | | | | | | | 375.00 |
| Account No. **xxx-1471** | | | | | **Trade debt** | | | | |
| Debt Verification Department 19935 Ventura Blvd. Ste 101 877-420-6355 Woodland Hills, CA 91364 | - | | | | | | | | |
| | | | | | | | | | 27,000.00 |
| Account No. | | | | | 1/30/2009 **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | |
| Demeiah Chatfield 1421 West 86th Avenue Merrillville, IN 46410 | - | | | | | | | | |
| | | | | | | | | | 525.00 |

Sheet no. __7___ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,610.71

In re  **Peggy Lee Knight**                                                      ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diana Cusick**<br>**8512 Jeffrey Ave. South**<br>**Cottage Grove, MN 55016** | - | | | **1998**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 1,075.00 |
| Account No. **None**<br><br>**Diana Hudson**<br>**19631 Vintage St.**<br>**Northridge, CA 91324** | - | | | **2008 - Present**<br>**Shareholder PKS Preferred Stock/Notice Only/trade debt** | | | | 45,000.00 |
| Account No. **xxx-1929**<br><br>**DM Financial**<br>**3100 S. Harbor Blvd. Ste. 250**<br>**877-536-1810**<br>**Santa Ana, CA 92704** | - | | | **Trade debt (unknown basis may be charge off)** | | | | 29,000.00 |
| Account No.<br><br>**Donna Taylor**<br>**2722 S. Rainer Circle**<br>**Wichita, KS 67215-1523** | - | | | **2/20/1998**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 375.00 |
| Account No. **None**<br><br>**Earl Gibbons**<br>**1053 Tam O' Shanter Dr.**<br>**Bakersfield, CA 93304** | - | | | **2009 - Present**<br>**Promissory Note/trade debt** | | | | 75,000.00 |

Sheet no. __8__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

150,450.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peggy Lee Knight**                                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Elenore Ahlsten**<br>**#305 2050 Comox Street**<br>**Vancouver, BC** | - | | | **6/4/2009**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **575.00** |
| Account No.<br><br>**Elizabeth Stark**<br>**915-I South Strathmore Ave.**<br>**Lindsay, CA 93247-9495** | - | | | **2/20/1998**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **1,833.00** |
| Account No.<br><br>**Elizabeth Webster**<br>**4129 SW First Ct.**<br>**Fort Lauderdale, FL 33317** | - | | | **4/6/2007**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **1,747.50** |
| Account No. **None**<br><br>**Ellen Resneck**<br>**1200 Lakeshore Ave.**<br>**Oakland, CA 94606** | - | | | **2008 - Present**<br>**Shareholder - Shares of Preferred Stock in PKS/ Notice Only/trade debt** | | | | **45,000.00** |
| Account No. **xxxx-xxxx2-SFR**<br><br>**Fitzgerald Abott & Beardsley**<br>**1221 Broadway**<br>**Oakland, CA 94612** | - | | | **2009-Present**<br>**Amount owed for legal services/trade debt** | | | | **5,197.00** |

Sheet no. _**9**___ of _**29**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **54,352.50**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re __Peggy Lee Knight__ ,                          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Postage/trade debt | | | | |
| FP Mailing Solutions 140 N. Nitchell Court Addison, IL 60101 | | | | | | | | | 742.69 |
| Account No. xxxxxxxx7575 | | - | | | 11/14/11 Trade debt (This may duplicate all of the individual claims for order fulfillment as business debt identified in this shedule) | X | X | X | |
| Freedom Wigs Limited 62 Vogel St. Dunedin, NZ | | | | | | | | | 113,305.00 |
| Account No. None | | - | | | 12/8/2010 - 10/16/11 Web Design/trade debt | | | | |
| Freestyle Web Solution 1925 E. Francisco San Rafael, CA 94901 | | | | | | | | | 2,485.00 |
| Account No. | | - | | | Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Gabriella Burlando-Wagner 11616 NE 67th St. Kirkland, WA 98005-1584 | | | | | | | | | 575.00 |
| Account No. | | - | | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Georgia Mullinax 4100 wilkinson Blvd. Gastonia, NC 28056 | | | | | | | | | 525.00 |

Sheet no. __10__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,632.69

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Peggy Lee Knight__ ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **None** <br><br> Gillian Rainooldi <br> 15180 Broili Dr. <br> Reno, NV 98511 | | - | | | 2008 - Present <br> Shareholder PKs Preferred Stock/Notice Only/trade debt | | | | 60,000.00 |
| Account No. <br><br> Helen Hicks <br> 130 Melrose Ave <br> San Francisco, CA 94127 | | - | | | 4/29/1999 <br> Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 1,747.50 |
| Account No. <br><br> Holly Ihle <br> 4143 Levelside Ave <br> Lakewood, CA 90712 | | - | | | 12/5/2000 <br> Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 1,500.00 |
| Account No. <br><br> Intuit <br> 21215 Burbank Blvd, Suite 100 <br> Woodland Hills, CA 91367 | | - | | | Customer Credit Card Reversals (may be partial duplicate claim tied to individual order reversals and Freedom Wigs) | X | X | X | 74,062.84 |
| Account No. <br><br> Jamie Smith <br> 1804 SW D St <br> Richmond, IN 47374 | | - | | | 11/25/2002 <br> Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 1,782.50 |

Sheet no. __11__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)      139,092.84

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com       Best Case Bankruptcy

In re   **Peggy Lee Knight**                                          ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **None**  Jane Clark 2215 Oakwyn Rd Lafayette Hill, PA 19444 | - | | 2010 - Present Commissions/trade debt | | | | 1,464.00 |
| Account No.  Janelle Pfleiger 110 West 38th, Ste 100 Anchorage, AK 99503 | - | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | 3,525.00 |
| Account No.  Janine Lynn 147 Poinsettia Ave San Mateo, CA 94403 | - | | 1/13/2001 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 4,665.00 |
| Account No. x9726  Jenkins & Gilchrist 500 N. Akarce, 1830 Dallas, TX 75201 | - | | 2009 - Present Legal Services/trade debt | | | | 37,164.00 |
| Account No.  Jennifer Pace 4113 Marburg Ave. Cincinnati, OH 45209 | - | | 10/22/2001 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 575.00 |

Sheet no. __12__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,393.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

5/21/12 12:05PM

In re **Peggy Lee Knight** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **none** <br><br> Jerry Alba Gibbons <br> 1230 Clay St. # 104 <br> San Francisco, CA 94108 | - | | 2008 - Present <br> Shareholder PKS Preferred Stock/Notice Only/trade debt | | | | 30,000.00 |
| Account No. <br><br> Jessica James <br> 19926 Oakville <br> Porter Ranch, CA 91326 | - | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 1,075.00 |
| Account No. <br><br> Joanna Johns <br> 406 Tuckahoe Rd. <br> Marmora, NJ 08223 | - | | 3/7/2005 <br> Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 575.00 |
| Account No. **None** <br><br> Jody Gorsky <br> 41270 Gloca Mora <br> Harrison Township, MI 48045 | - | | 2010 - Present <br> Commissions/trade debt | | | | 365.00 |
| Account No. **None** <br><br> John Friedman <br> 728 Kingman Ave <br> Santa Monica, CA 90402 | - | | 2008 - Present <br> Shareholder PKS Preferred Stock/Notice Only/trade debt | | | | 60,000.00 |

Sheet no. __13__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **92,015.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Peggy Lee Knight**                          ,     Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. <br><br> **Jonell Tibbitts** <br> **8066 Via Acre** <br> **Carlsbad, CA 92009** | | - | | **2/20/1998** <br> **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 1,175.00 |
| Account No. **none** <br><br> **Judy Power Clark** <br> **1940 Hurley Ave.** <br> **FtWorth, TX 96110** | | - | | **2008 - Present** <br> **Shareholder PKs Preferred Stock/Notice Only/trade debt** | | | | 25,000.00 |
| Account No. <br><br> **Judy Westberg** <br> **17820 Pont Ridge Circle** <br> **Gurnee, IL 60031** | | - | | **2/20/1998** <br> **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 1,982.50 |
| Account No. <br><br> **Judy Wheelock** <br> **18280 Psutka Rd.** <br> **Thompsonville, MI 49683** | | - | | **1998** <br> **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | 4,365.00 |
| Account No. <br><br> **Julie Woodard** <br> **1150 O'Connor St.** <br> **Marysville, MI 48040** | | - | | **8/25/2008** <br> **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 1,968.00 |

Sheet no. __14__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
    (Total of this page)

34,490.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re __Peggy Lee Knight__ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Kari Johnson 3340 Malcolm Ave Hastings, MN 55033 | - | | | | | | | | |
| | | | | | | | | | 625.00 |
| Account No. | | | | | 7/27/2000 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Karla Short P.O.B 1071 West End, NC 27376-1071 | - | | | | | | | | |
| | | | | | | | | | 1,075.00 |
| Account No. | | | | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Kathy Green 5084 Pine St, La Mesa, CA 92041 | - | | | | | | | | |
| | | | | | | | | | 5,499.00 |
| Account No. | | | | | 8/6/1999 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Kaye Hite-Couvillon 154 Bailey Lane Long Beach, MS 39560 | - | | | | | | | | |
| | | | | | | | | | 575.00 |
| Account No. | | | | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Kelly Kokubun 1699 Laupakalua Rd. Haiku, HI 96708 | - | | | | | | | | |
| | | | | | | | | | 1,175.00 |

Sheet no. __15__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     8,949.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re   **Peggy Lee Knight**                            ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Kelly Rogers**<br>**40 Old Hwy 20**<br>**Asheville, NC 28806** | - | | | 5/18/2000<br>**Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | **550.00** |
| **Account No.**<br><br>**Kelly Schelble**<br>**4750 N. Central Ave. Unit 9A**<br>**Phoenix, AZ 85012** | - | | | 3/31/2008<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **1,175.00** |
| **Account No.**<br><br>**Keri Yano-Smith**<br>**2117 Del Monte Ave.**<br>**Santa Clara, CA 95051** | - | | | **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **3,500.00** |
| **Account No.**<br><br>**Kia Tucker**<br>**9011 Famington Way**<br>**Charlestown, IN 47111** | - | | | 9/17/2001<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **2,058.00** |
| **Account No.**<br><br>**Kim Pease**<br>**928 Wagon Train Dr.**<br>**Henderson, NV 89002-9531** | - | | | 1998<br>**Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | **525.00** |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,808.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peggy Lee Knight**                                          ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Knobbe, Martens, Olsen & Bear; JoseSolis 333 Bush St. San Francisco, CA 94104 | - | | Business Debt (owed by corp) | | | | 800.00 |
| Account No.  Laura Girard 43 McGreevey Dr. Manasquan, NJ 08736 | - | | 1999 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | 525.00 |
| Account No.  Laurince Hillman 2294 Cobblestone Lane Beloit, WI 53511 | - | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | 525.00 |
| Account No. **xxx472-7**  Law Office Of Atlas & Leviton 3 Golf Rd. Ste 353 Hoffman Estates, IL 60169 | - | | Trade Debt (may be tied to Power Pay) | X | X | X | 26,103.99 |
| Account No.  Lesley Brown 2623 Sailboat Dr. Houston, TX 77058 | - | | 2001 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | 4,116.00 |

Sheet no. __17__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **32,069.99**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peggy Lee Knight** _____,    Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 11/17/1999 | | | | |
| Leslie Hantman-Smith 8484 Hannary Dr. Tallahassee, FL 32312 | - | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 2,058.00 |
| Account No. | | | 1999 | | | | |
| Linda Gillis-Behling 19 Lancelot Lane Conroe, TX 77304 | - | | Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | 625.00 |
| Account No. | | | 12/15/2008 | | | | |
| Linda Phillips P.O.B 505 Pineville, WV 24874 | - | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 875.00 |
| Account No. | | | 2/20/1998 | | | | |
| Luci Evans 1314 50th Ave Greeley, CO 80634 | - | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 2,070.00 |
| Account No. | | | 9/5/2000 | | | | |
| Maria Bejarano 135 Clay Ct. Battle Creek, MI 49015-9657 | - | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 1,075.00 |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,703.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peggy Lee Knight**                                      , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No.** Marianne Manco 10155 Oro Vista Ave. Sunland, CA 91040 | | - | | | **2008** **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | 2,407.50 |
| **Account No. None** Marin Magazine 1 Harbor Dr. Sausalito, CA 94965 | | - | | | **2010 - Present** **Advertisement/trade debt** | | | | 2,350.00 |
| **Account No.** Martha Day 6230 Glenwillow Blvd. Galloway, OH 43119 | | - | | | **10/3/2005** **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 500.00 |
| **Account No.** Mary Wells 131 American Court Apex, NC 27523 | | - | | | **2001** **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | 525.00 |
| **Account No.** Maureen Nickell 115 Gavin Rd. Crescent City, CA 95531 | | - | | | **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 2,282.50 |

Sheet no. __19__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          8,065.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re **Peggy Lee Knight** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Melissa Bouwsema 9 Courtenay Close Sherwood Park, AB T8A 5K6 | | - | | | | | | | 563.83 |
| Account No. | | | | | Business Debt | | | | |
| Merchant Services, Attn Dispute Dept P.O. Box 6605 Hagerstown, MD 21741 | | - | | | | X | X | X | 6,474.00 |
| Account No. | | | | | 04/27/12 BUSINESS DEBT | | | | |
| MERITUS PAYMENT SOLUTIONS, INC. 1901 E. ALTON PARKWAY SUITE 200 949-788-1010 Santa Ana, CA 92705 | | - | | | | X | X | X | 103.56 |
| Account No. xxxx xxxx xxxx 7483 | | | | | Business Debt | | | | |
| MileagePlus United POB 94014 Palatine, IL 60094 | | - | | | | | | | 22,213.65 |
| Account No. | | | | | 2/20/1998 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Nancy Jens 2219 5th Ave. Muscatine, IA 52761 | | - | | | | | | | 975.00 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,330.04

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Peggy Lee Knight** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit card purchases | | | | |
| Nationwide Debt Direct 3803 Parkwood Blvd Ste 100 Frisco, TX 75035 | - | | | | | | | |
| | | | | | | | | 25,000.00 |
| Account No. **x7007** | | | | 2010 - Present Has been turned ove to a collection agency./ trade debt | | | | |
| Nelson Staffing P.O. Box 49195 San Jose, CA 95161 | - | | | | | | | |
| | | | | | | | | 3,029.00 |
| Account No. | | | | 2000 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Nerida Arevalo 717 Arndt Ave Riverside, NJ 08075 | - | | | | | | | |
| | | | | | | | | 1,050.00 |
| Account No. **none** | | | | 2010 - 2011 Commissions | | | | |
| Nikki Bergman & Eleanore Ahlsteen 2050 Comox St. Vancouver, BC | - | | | | | | | |
| | | | | | | | | 1,972.00 |
| Account No. | | | | 6/15/2009 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Nikki Bergmann 820 Aurora Way Gibsons, BC | - | | | | | | | |
| | | | | | | | | 525.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,576.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Peggy Lee Knight** ,
_____
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Norma Goodman**<br>**15 Wheat Hill**<br>**Rochester, NY 14624** | | - | | | **client since 1999**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **1,200.00** |
| Account No.<br><br>**Olga Bekelja**<br>**445 E. Main St.**<br>**Hummelstown, PA 17036** | | - | | | **2001**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **2,370.00** |
| Account No.<br><br>**Peggy Hoogs**<br>**4225 juniper Creek Rd.**<br>**Reno, NV 89519** | | - | | | **7/16/2002**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **875.00** |
| Account No. **None**<br><br>**Powell St. Ventures**<br>**711 Grand Ave. 280**<br>**San Rafael, CA 94901** | | - | | | **2010 - Present**<br>**Past Due Rent/trade debt** | | | | **1,677.00** |
| Account No.<br><br>**Power Pay**<br>**c/o Atlas & Levinton**<br>**3 Golf Center Suite 353**<br>**Hoffman Estates, IL 60169** | | - | | | **trade debt / personal guarantee (May be tied to Law Office Atlas)** | | | | **26,103.99** |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **32,225.99** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Peggy Lee Knight**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Power Pay**<br>**320 Cumberland Ave.**<br>**Portland, ME 04101** | - | | **Customer Credit Card Reversals (May be tied to Law office Atlas).** | | | | **18,823.33** |
| Account No.<br><br>**Richard Hillabrant**<br>**890 Lamont Ave.**<br>**Ste 201**<br>**Novato, CA 94945** | - | | **4/21/2012** | | | | **3,000.00** |
| Account No. **None**<br><br>**Robert Bell**<br>**3121 Padero Way # D**<br>**Simi Valley, CA 93063** | - | | **2008 - Present**<br>**Shareholder of PKS Preferred Stock/Notice Only/trade debt** | | | | **15,000.00** |
| Account No.<br><br>**Robert Glaser**<br>**P.O.B 1204**<br>**Rancho Santa Fe, CA 92067** | - | | **6/9/2006**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **1,697.50** |
| Account No.<br><br>**Ronda Frandsen**<br>**9698 yukon Court**<br>**Broomfield, CO 80021** | - | | **2004**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **575.00** |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **39,095.83**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Peggy Lee Knight**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Samantha Warmenhoven**<br>**807D Sewell Rd.**<br>**Monroe Township, NJ 08831** | | - | | **4/23/2007**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 525.00 |
| Account No.<br><br>**Shannon Files- Urdaho**<br>**1120 West Las Lomitas Rd.**<br>**Tucson, AZ 85704** | | - | | **3/14/2000**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 1,075.00 |
| Account No.<br><br>**Shannon Fisher**<br>**1717 Park Hill Dr.**<br>**Arlington, TX 76012** | | - | | **3/5/2010**<br>**Business Debt** | | | | 2,575.00 |
| Account No. **None**<br><br>**Sharon Miller**<br>**27 Shell Rd.**<br>**Mill Valley, CA 94941** | | - | | **2010 - Present**<br>**Book Keeping Services/trade debt** | | | | 2,995.00 |
| Account No.<br><br>**Sharon Perry**<br>**2280 Johnson Dr.**<br>**Santa Maria, CA 93458** | | - | | **2003**<br>**Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | 3,750.00 |

Sheet no. __24__ of __29__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)                    10,920.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

In re __Peggy Lee Knight_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Sheela Vijay 1406 Hodgson Way NW, Suite 334 Edmonton, AB | - | | | | | | | |
| | | | | | | | | 4,269.50 |
| Account No. | | | | 2001 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Sheila Bensey 13538 Make Mary Lane Rd. Orlando, FL 32832 | - | | | | | | | |
| | | | | | | | | 575.00 |
| Account No. | | | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| Sheila Shariat 123 Reagent Dr. Los Gatos, CA 95032 | - | | | | | | | |
| | | | | | | | | 2,058.00 |
| Account No. | | | | 1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| Staci Ammons 106 Cedar Forest Trail Asheville, NC 28803 | - | | | | | | | |
| | | | | | | | | 600.00 |
| Account No. xxxxxxxxxx9663 | | | | 2010 - Present Office Supplies/trade debt | | | | |
| Staples P.O. Box 183174 Columbus, OH 93218 | - | | | | | | | |
| | | | | | | | | 1,037.37 |

Sheet no. __25__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,539.87

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Peggy Lee Knight**                                   ,     Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Stephanie Najm** <br> **124 Maitland Rd NE** <br> **Calgary, AB** | | - | | **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **2,347.50** |
| Account No. <br><br> **Stephanie Smith** <br> **17130 Dallas Pkway Ste 100.** <br> **Dallas, TX 75248** | | - | | **2000** <br> **Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment).** | | | | **525.00** |
| Account No. <br><br> **Sunnie Mercier** <br> **W 6996 Hwy 86** <br> **Tomahawk, WI 54487** | | - | | **1998** <br> **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | **4,600.00** |
| Account No. <br><br> **Susan Hassett** <br> **Lake Oswega Dr.** <br> **Lake Oswego, OR 97035** | | - | | **2001** <br> **Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | **625.00** |
| Account No. **none** <br><br> **Susan Jimenez** <br> **2443 Fair Oaks Blvd, 361** <br> **Sacramento, CA 94825** | | - | | **2010 - Present** <br> **Comissions/trade debt** | | | | **17,307.00** |

Sheet no. __26__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal <br> (Total of this page)      **25,404.50**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re  **Peggy Lee Knight** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  Susan Peacock 1301 Salem Crossing Rd. Kernersville, NC 27284 | | - | | 2/20/1998 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | 575.00 |
| Account No.  Susan Shaw 106 McFarland Place Saskatoon, SK | | - | | 1/29/2011 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 2,120.00 |
| Account No.  Susan Thompson 2290 Hills Lane Dr. SE Smyrna, GA 30080-5918 | | - | | 12/22/1999 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 4,116.00 |
| Account No.  Suzanne Temple 9915 Garden Grove Ave. Northridge, CA 91325 | | - | | 7/21/2004 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | 4,065.00 |
| Account No.  **None** Tom Hawker 6 Cay Hawker Corte Madera, CA 94925 | | - | | 2010 | | | | 35,000.00 |

Sheet no. __27__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,876.00

5/21/12 12:05PM

In re **Peggy Lee Knight** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx5107** | | - | | | Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| **Tom Provost** **Continental Commercial Group** **317 S. Brand Blvd.** **Glendale, CA 91204** | | | | | | | | | 2,712.99 |
| Account No. | | - | | | 2000 Business Debt (May be tied to freedon wigs claim for individual order fulfillment). | | | | |
| **Tori Hamamura** **68 Barneson Ave.** **San Mateo, CA 94402** | | | | | | | | | 475.00 |
| Account No. | | - | | | Trade debt | | | | |
| **UPS, NCO Financial Systems** **POB 894820** **Los Angeles, CA 90189** | | | | | | | | | 1,147.13 |
| Account No. **xxxx-xxxx-xxxx-2871** | | - | | | 2010 - 2011 Trade debt | | | | |
| **US BANK** **P.O. Box 790408** **Saint Louis, MO 63179** | | | | | | | | | 8,941.44 |
| Account No. | | - | | | 2/20/1998 Business Debt (May be tied to freedon wigs claim & Intuit for individual order fulfillment). | | | | |
| **Valerie Bey** **3551 Lytie Rd.** **Beachwood, OH 44122** | | | | | | | | | 975.00 |

Sheet no. __28__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **14,251.56**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                   Best Case Bankruptcy

In re   **Peggy Lee Knight**                     ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wendy Jacobson**<br>**250 King Street #1610**<br>**San Francisco, CA 94107-6189** | - | | **2004**<br>**Business Debt (May be tied to freedon wigs claim for individual order fulfillment).** | | | | 975.00 |
| Account No. **xxxxxxxxx-xxxx0830**<br><br>**West America Bank**<br>**Loan Adjustment Department**<br>**MAC 9215**<br>**POB 1220**<br>**Suisun City, CA 94585** | - | | **(ADDTNL ACCNT 0921-051830)**<br>**Trade debt** | | | | 49,648.48 |
| Account No. **None**<br><br>**William Finlayson**<br>**701 Wee Donegal**<br>**Lafayette, CA 94549** | - | | **2008 - Present**<br>**Shareholder claim of corporation/Notice only** | | | | 30,000.00 |
| Account No.<br><br>**Yvonne Madden**<br>**7 Royal Ct.**<br>**San Rafael, CA 94901** | - | | **11/16/2006** | | | | 5,000.00 |
| Account No. | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 85,623.48 |
| Total (Report on Summary of Schedules) | 1,616,193.40 |

B6G (Official Form 6G) (12/07)

In re   **Peggy Lee Knight**                                                                              ,     Case No. _____
                                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Robert Rivas**<br>**47 Parkview Cr.**<br>**Corte Madera, CA 94925** | **roommate** |
| **West USA Realty**<br>**c/o Ester Lover**<br>**7077 E. Marilyn Suite 130**<br>**Scottsdale, AZ 85254** | **real property management contract** |

**0**
      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Peggy Lee Knight_____,  Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

__0__ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Peggy Lee Knight**                                                          Case No. _____

                                      Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Commissioned Sales Person** | |
| Name of Employer | **Follea Inc.** | |
| How long employed | **5 to 6 months** | |
| Address of Employer | **208 S. Beverly Dr. Ste 201 Beverly Hills, CA 90212** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,608.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **5,608.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|    b. Insurance | $ | **0.00** | $ | **N/A** |
|    c. Union dues | $ | **0.00** | $ | **N/A** |
|    d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,608.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **1,925.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **595.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,520.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **8,128.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **8,128.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Decrease - Commission Only - $5000/month and additional income from rental of room in residence**

B6J (Official Form 6J) (12/07)

In re __Peggy Lee Knight_____  Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 5,450.00 |
| a. Are real estate taxes included?  Yes __X__  No ___ | | |
| b. Is property insurance included?  Yes ___  No __X__ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 89.00 |
| b. Water and sewer | | $ 25.00 |
| c. Telephone | | $ 150.00 |
| d. Other __See Detailed Expense Attachment__ | | $ 77.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 50.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 50.00 |
| 6. Laundry and dry cleaning | | $ 65.00 |
| 7. Medical and dental expenses | | $ 41.66 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 125.00 |
| 10. Charitable contributions | | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 98.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 324.00 |
| d. Auto | | $ 140.00 |
| e. Other __Disability insurance__ | | $ 350.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) __1099 taxes for commissions paid (anticipated)__ | | $ 300.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 326.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other __HOA AZ__ | | $ 225.00 |
| Other __HOA Corte Madera__ | | $ 547.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 9,107.66 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
__Commission ony - Decrease__

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 8,128.00 |
| b. | Average monthly expenses from Line 18 above | $ 9,107.66 |
| c. | Monthly net income (a. minus b.) | $ -979.66 |

**B6J (Official Form 6J) (12/07)**

In re   **Peggy Lee Knight**                                                                  Case No. _____

                                                     Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Trash** | $ | **25.00** |
| **Internet** | $ | **25.00** |
| **Cable TV** | $ | **27.00** |
| **Total Other Utility Expenditures** | $ | **77.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of California

In re   **Peggy Lee Knight**

Debtor(s)

Case No. _____

Chapter   **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **45**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 18, 2012** _____

Signature   **/s/ Peggy Lee Knight** _____

                          **Peggy Lee Knight**

                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re **Peggy Lee Knight**

Debtor(s)

Case No. _____

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,834.00** | **2012 - Commissions YTD** |
| **$95,938.00** | **2011 - Corporate Payback of Loan to Company** |
| **$156,000.00** | **2010 - Wages and Corporate Payback of Loan to company** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,830.00** | **Rental income YTD (apprx)** |

---

| AMOUNT | SOURCE |
|--------|--------|
| **$12,000.00** | **2011 Rental income** |
| **$11,400.00** | **2010 rental income** |

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Credit** | **11/10/2011** | **$500.00** | **$0.00** |
| **Visa** | **12/14/2011** | **$447.00** | **$0.00** |
| **Visa, 7483** | **12/30/2011** | **$500.00** | **$0.00** |
| **Peggy Knight** | **12/20/2011 & 12/21/2011** | **$1,000.00** | **$21,200.00** |
| **Sharon Miller** | **11/14/2011 & 2/20/2011** | **$350.00** | **$2,798.00** |

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICE OF SHEILA GROPPER NELSON** 55 Francisco St., 6th Fl San Francisco, CA 94133 | **2011 and early 2012** | **$5,000.00 and filing fee** |

**10. Other transfers**

None ■      a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■      b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐      List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WestAmerica Bank (Marin County)** | **Business Account. Final Balance is $0.00.** | **11/4/2011** |

**12. Safe deposit boxes**

None ■      List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■      List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Robert Bell**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Peggy Knight Solutions Inc.** | **65-0696930** | **3001 Bridgeway Ste 349 Sausalito, CA 94965** | **Wig Sales** | **1992-2011** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                             ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Cheyenne 890 Lamont Novato, CA 94945** | **11-04-2011 - Present** |
| **Sharon Miller 27 Shell Rd Mill Valley, CA 94941** | **2010 - 11/04/2011** |
| **Maria Hurting 308 Oleve St. Novato, CA 94945** | **2009 - 2010** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Cary Collins** | **P.O. Box 192955 San Francisco, CA 94119** | **2009 - 11/04/2011** |

| None ☐ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| NAME | ADDRESS |
| **Cary Collins** | **P.O. Box 192955** |
| **2009 - 11/04/2011** | **San Francisco, CA 94119** |

| None ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |

NAME AND ADDRESS                                              DATE ISSUED

**20. Inventories**

| None ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

| None ■ | b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. |

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                     RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

NAME AND ADDRESS                    TITLE          NATURE AND PERCENTAGE
                                                   OF STOCK OWNERSHIP

**Earl Gibbons**
**1053 Tam O' Shanter Dr.**
**Bakersfield, CA 93304**

**Carmen West**
**1965 Justice Cr.**
**Gulf Breeze, FL 32563**

**Debenture Promissory Note; Greg Dollarhy**
**27955 W. Wonding Way**
**Malibu, CA 90265**

**Jane Clark**
**2215 Oakwyn Rd**
**Lafayette Hill, PA 19444**

**Jody Gorsky**
**41270 Gloca Mora**
**Harrison Township, MI 48045**

**Nikki Bergman & Eleanore Ahlsteen**
**2050 Comox St.**
**Vancouver, BC**

**Susan Jimenez**
**2443 Fair Oaks Blvd, 361**
**Sacramento, CA 94825**

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**Tom Hawker**
**6 Cay Hawker**
**Corte Madera, CA 94925**

**U.S. Bank**
**4801 Fredericce St.**
**P.O. Box 20005**
**Owensboro, KY 42301**

**Westamerica Bank**
**5000 Fifth St,**
**San Rafael, CA 94901**

**William Finlayson**
**701 Wee Donegal**
**Lafayette, CA 94549**

**Dan Berman**
**10375 Wilshire Blvd.**
**Los Angeles, CA 90024**

**Dan Smith**
**P.O. Box 6570**
**Malibu, CA 90264**

**Diana Hudson**
**19631 Vintage St.**
**Northridge, CA 91324**

**Ellen Resnock**
**1200 Lakeshore Ave.**
**Oakland, CA 94606**

**Gillian Rainooldi**
**15180 Broili Dr.**
**Reno, NV 98511**

**Jerry Alba Gibbons**
**1230 Clay St. # 104**
**San Francisco, CA 94108**

**John Friedman**
**728 Kingman Ave**
**Santa Monica, CA 90402**

**Judy Power Clark**
**1940 Hurley Ave.**
**FtWorth, TX 96110**

**Robert Bell**
**3121 Padero Way # D**
**Simi Valley, CA 93063**

---

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **May 18, 2012**                         Signature    **/s/ Peggy Lee Knight**
                                                              **Peggy Lee Knight**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Northern District of California

In re    **Peggy Lee Knight** _____

                      Debtor(s)

Case No. _____

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Peggy Lee Knight** _____

Printed Name(s) of Debtor(s)

X   **/s/ Peggy Lee Knight**             **May 18, 2012**

     Signature of Debtor                 Date

Case No. (if known) _____

X _____

     Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.